IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FAHIM JAMAL RASHAD**                                                                 PLAINTIFF

v.                                       No. 1:13-cv-59-DPM

**JOHN FERGUSON; DELORA
McFATTER; DONALD VAULNER;
and JOHN CHIAROMONTE**                                               DEFENDANTS

### ORDER

On 19 August 2013, the Court ordered Rashad to file a proposed amended complaint. № 11. Rashad has not complied, and the deadline to comply has passed. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2013