IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FAHIM JAMAL RASHAD     PLAINTIFF

v.     No. 1:13-cv-59-DPM

JOHN FERGUSON; DELORA
McFATTER; DONALD VAULNER;
and JOHN CHIAROMONTE     DEFENDANTS

## JUDGMENT

Rashad's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2013